CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 21 2006

JOHN F. CORCORAN, CLERK
BY:
      /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURICE PRESTON SCOTT,<br>  Plaintiff, | Civil Action No. 7:06cv000367 |
| v. | **FINAL ORDER** |
| MECKLENBURG CORRECTIONAL<br>CENTER, et al.,<br>  Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

Plaintiff is hereby **ADVISED** that this dismissal constitutes a third "strike" pursuant to 28 U.S.C. §1915(g).[1] Accordingly, Scott is hereby **NOTIFIED** that he cannot file any future civil actions without prepayment of the $ 350.00 fee required for filing civil actions unless he demonstrates that he is "under imminent danger of serious physical injury." § 1915(g).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 21st day of July, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] See Scott v. Sussex I State Prison, Civil Action No. 7:06cv00369 (W.D. Va. July 6, 2006), Scott v. Blue Ridge Regional Jail Authority, et al., Civil Action No. 7:05cv00281 (W.D. Va. Sep. 30, 2005).